United States Bankruptcy Court
District of Colorado

In re:  
Steve James Epps  
Adelaida Louise Epps  
     Debtors

Case No. 15-23149-HRT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: hoelscher     Page 1 of 1     Date Rcvd: Jan 20, 2016  
                         Form ID: pdf904     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2016.  
db/db        Steve James Epps,    Adelaida Louise Epps,    4450 McGrew Cir,    Colorado Springs, CO  80911-3210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2016 at the address(es) listed below:  
           Douglas B. Kiel     ecfmail@denver13.com  
           Geoffrey H. Atzbach     on behalf of Debtor Adelaida Louise Epps geoff@atzbachlaw.com  
           Geoffrey H. Atzbach     on behalf of Debtor Steve James Epps geoff@atzbachlaw.com  
           US Trustee     USTPRegion19.DV.ECF@usdoj.gov  
                                                                                                                      TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

Steve James Epps and
Adelaida Louise Epps
Debtor(s)

Bankruptcy Case No.
15-23149 HRT
Chapter 13

**ORDER GRANTING MOTION TO DETERMINE NOTICE**

THIS MATTER comes before the Court on Debtors' Certificate and Motion to Determine Notice (the "Motion", docket #15), filed with the Court on January 19, 2016. The Court, being advised in the premises

ORDERS that:

1. Confirmation of Debtors' chapter 13 plan (docket #2) is DENIED.

2. The hearing on confirmation currently scheduled for January 27, 2016 at 9:30 a.m. is VACATED.

3. The Debtor(s) shall file an amended chapter 13 plan and a notice in compliance with Bankruptcy Rules 2002(b) and 7004, and shall serve such plan and notice on the Standing Chapter 13 Trustee and all creditors **on or before February 10, 2016**. Such notice shall be in substantial conformity with L.B.F. 3015-1.7.

4. If objections are filed to the amended plan, Debtor shall file a Certificate and Motion to Determine Notice (Certification). If no objections are filed to the Amended Plan, Debtor shall file a Verification of Confirmable Plan (Verification). Either a Certification or Verification shall be filed by **March 16, 2016**.

5. In the event Debtor(s) fail to timely file the subject documents as ordered herein confirmation of the plan may be DENIED and the case may be dismissed without further notice or hearing.

Date:  January 20, 2016

BY THE COURT:

_Howard Tallman_
Howard R. Tallman, Judge
United States Bankruptcy Court