```
                            United States Bankruptcy Court
                                 District of Colorado
In re:                                                        Case No. 15-23149-HRT
Steve James Epps                                              Chapter 13
Adelaida Louise Epps
        Debtors                      CERTIFICATE OF NOTICE
District/off: 1082-1          User: hoelscher              Page 1 of 2              Date Rcvd: Jan 22, 2016
                              Form ID: pdf904              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2016.
db/db          Steve James Epps,    Adelaida Louise Epps,    4450 McGrew Cir,    Colorado Springs, CO  80911-3210
16978509       Alpine Credit,    12191 W 64th Ave Ste 210,    Arvada, CO  80004-4030
16978511       Automatic Data Processing,    PO Box 221230,    El Paso, TX  79913-4230
16978512       BC Services,    451 21st Ave,    Longmont, CO  80501-1421
16978513       Bluffs At Castle Rock,    483 Scott Blvd,    Castle Rock, CO  80104-7569
16978514      +Brown & Joseph LTD,    1701 Golf Road Tower 2,    Rolling Meadows, IL 60008-4247
16978515       Capital One Bank,    PO Box 30281,    Salt Lake City, UT  84130-0281
16978516       Charles G. Michaels,    9820 E Grand Ave,    Greenwood Village, CO  80111-3620
16978518      +Colorado College Assist,    999 18th St Ste 425,    Denver, CO 80202-2424
16978520       Conserve,    PO Box 457,    Fairport, NY  14450-0457
16978522       David A Bauer,    2594 S Lewis Way Unit A,    Lakewood, CO  80227-2839
16978525      +Douglas County High School,    2842 Front St,    Castle Rock, CO 80104-9433
16978526      +E 470 Public Highway Authority,    PO Box 5470,    Denver, CO 80217-5470
16978527       E470 Public Highway Authority,    PO Box 5470,    Denver, CO  80217-5470
16989469      +E470 Public Highway Authority,    22470 E 6th Parkway, Ste 100,    Aurora, CO 80018-2425
16978528       ECMC,    1 Imation Pl,    Saint Paul, MN  55128-3422
16978531       First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD  57107-0145
16978532       Implant & Oral Surgery Of Colorado,    755 S Perry St Ste 300,    Castle Rock, CO  80104-1923
16978534       JC Christensen,    PO Box 519,    Sauk Rapids, MN  56379-0519
16978536       John Eckenwiter LMFT,    9220 Teddy Ln Ste 1100,    Lone Tree, CO  80124-6756
16978538       Machol & Johannes,    717 17th St Ste 2300,    Denver, CO  80202-3317
16978537       Machol & Johannes,    600 17th St Ste 800N Tower,    Denver, CO  80202-5462
16978539      +Metro Collection Service Inc.,    2600 S. Parker Road Bld 4 Ste 340,    Aurora, CO 80014-1690
16978540       National Credit Systems Inc.,    PO Box 312125,    Atlanta, GA  31131-2125
16978541       Pediatrics At The Meadows PC,    2352 Meadows Blvd Ste 170,    Castle Rock, CO  80109-8409
16978544      +Radiology Imaging Assoc.,    PO Box 371863,    Pittsburgh, PA 15250-7863
16978545       Safeco Member Liberty Mutual,    PO Box 59838,    Schaumburg, IL  60159-0838
16978546       Silverman & Borenstein,    13111 E Briarwood Ave Ste 340,    Centennial, CO  80112-3913
16978547       South Denver Internal Medicine,    10103 Ridgegate Pkwy Ste 114,    Lone Tree, CO  80124-5524
16978548       South Denver OB/GYN PC,    7780 S Broadway Ste 280,    Littleton, CO  80122-2633
16978549       Stevens Transport,    PO Box 279010,    Dallas, TX  75227-9610
16978550       Us Dept Of Education,    PO Box 105028,    Atlanta, GA  30348-5028
16978551       Williams Rush,    4144 N Central Expy Ste 945,    Dallas, TX  75204-2112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16978510       E-mail/Text: bknotify@acsi.net Jan 22 2016 23:01:36     Automated Collection Services,
                2802 Opryland Dr,    Nashville, TN  37214-1200
16978517       E-mail/Text: jsanders@cksfin.com Jan 22 2016 23:01:32     CKS Financial,    PO Box 2856,
                Chesapeake, VA  23327-2856
16978519       E-mail/PDF: dor_tac_bankruptcy@state.co.us Jan 22 2016 22:56:33
                Colorado Department Of Revenue,    1375 Sherman St Rm 504,    Denver, CO  80203-2246
17000289       E-mail/PDF: dor_tac_bankruptcy@state.co.us Jan 22 2016 22:56:33
                Colorado Department of Revenue,    1375 Sherman St, Rm 504,    Denver CO 80261-0004
16978521       E-mail/Text: bankruptcy@consumerportfolio.com Jan 22 2016 23:01:43
                Consumer Portfolio Services Inc,    PO Box 57071,    Irvine, CA  92619-7071
16978524       E-mail/PDF: pa_dc_ed@navient.com Jan 22 2016 22:56:31     Dept Of Education/ Navient,
                PO Box 9635,    Wilkes Barre, PA  18773-9635
16978530       E-mail/Text: bknotice@farrellseldin.com Jan 22 2016 23:01:50       Farrell & Seldin,
                7807 E Peakview Ave Ste 410,    Centennial, CO  80111-6849
16978529       E-mail/Text: bknotice@farrellseldin.com Jan 22 2016 23:01:50       Farrell & Seldin,
                7807 E Peakview Ave Ste 410,    Englewood, CO  80111-6849
16978533       E-mail/Text: cio.bncmail@irs.gov Jan 22 2016 23:01:24     Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
16978535       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 22 2016 23:01:44      Jefferson Capital LLC,
                16 McLeland Rd,    Saint Cloud, MN  56303-2198
17010370       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2016 22:56:31
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
16978543       E-mail/Text: bankruptcy@gopfs.com Jan 22 2016 23:01:56     Prestige Financial Services,
                1420 S 500 W,    Salt Lake City, UT  84115-5149
16997124      +E-mail/Text: bankruptcy@gopfs.com Jan 22 2016 23:01:56     PRESTIGE FINANCIAL SERVICES,
                PO BOX 26707,    SALT LAKE CITY, UT 84126-0707
16978542       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2016 22:56:30
                Portfolio Recovery Assoc.,    140 Corporate Blvd,    Norfolk, VA  23502-4952
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16978523*      David A. Bauer,    2594 S Lewis Way Unit A,    Lakewood, CO  80227-2839
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 1082-1          User: hoelscher              Page 2 of 2              Date Rcvd: Jan 22, 2016
                              Form ID: pdf904              Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2016 at the address(es) listed below:
              Douglas B. Kiel    ecfmail@denver13.com
              Geoffrey H. Atzbach     on behalf of Debtor Adelaida Louise Epps geoff@atzbachlaw.com
              Geoffrey H. Atzbach     on behalf of Debtor Steve James Epps geoff@atzbachlaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>Steve James Epps and<br>Adelaida Louise Epps<br>Debtor(s). | Bankruptcy Case No.<br>15-23149 HRT<br>Chapter 13 |

**ORDER OF INELIGIBILITY FOR DISCHARGE**

THIS MATTER comes before the Court *sua sponte*.  The Court makes the following findings:

1. The Debtors filed this bankruptcy petition on November 25, 2015.

2. The Debtors previously filed a Chapter 7 bankruptcy petition (12-12654 HRT) in the District of Colorado on February 17, 2012, and were granted a discharge on June 12, 2012.

3. Pursuant to 11 U.S.C. § 1328(f)(1), Debtors Steve James Epps and Adelaida Louise Epps are barred from obtaining a discharge herein.

Accordingly, based on the above findings,

**IT IS ORDERED** that Debtors Steve James Epps and Adelaida Louise Epps are ineligible to receive a discharge.

**IT IS FURTHER ORDERED** that the Debtors' plan may proceed in the normal course and Debtors shall continue to make plan payments to the Standing Chapter 13 Trustee.  Upon completion of the plan, the Debtor's case shall be closed without entry of a discharge.

The Clerk shall mail a copy of this Order to the Debtors, Debtors' counsel, the Standing Chapter 13 Trustee, and all creditors and interested parties.

Date: January 20, 2016

BY THE COURT:

_Howard Tallman_
_____
Howard R. Tallman, Judge
United States Bankruptcy Court